Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  19−23697−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Derek Bernard Battle
   1 Barge Lane
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−7204

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           9/11/19
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 16, 2019
JAN: mrg

                            Jeanne Naughton
                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-23697-MBK
Derek Bernard Battle                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jul 16, 2019
                               Form ID: 132             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
```
db             +Derek Bernard Battle,    1 Barge Lane,    Somerset, NJ 08873-7361
518353669      +American Express,    43 Butterfield Circle,    El Paso,TX 79906-5202
518353672      +Bank of America,    c/o Hayt Hayt & Landau,    2 Industrial Way W,    Eatontown,NJ 07724-2265
518353671      +Bank of America,    PO Box 45224,    Jacksonville,FL 32232-5224
518353673      +Bank of America, N.A.,    c/o Phelan Hallinan, etc.,    400 Fellowship Rd. Suite 100,
                 Mt. Laurel,NJ 08054-3437
518353674      +Baxter Financial LLC,    c/o Fein Such Kahn Shepard,    7 Century Drive, Suite 201,
                 Parsippany,NJ 07054-4609
518353678      +Cavalry SPV I, LLC,    PO Box 1116,    Charlotte,NC 28201-1116
518353679      +Chase Mortgage Co.,    Mail Code LA4-6475,    700 Kansas Lane,    Monroe,LA 71203-4774
518353670      +Dothins,    American Honda Finance,    PO Box 65507,    Wilmington,DE 19808-0507
518353682      +Emergency Phys Svcs of NJ PA,    PO Box 740021,    Cincinnati,OH 45274-0021
518353683      +GAP (Synchrony),    c/o Portfolio Recovery,    10 Orachard St., Suite100,
                 Lake Forest,CA 92630-8308
518353685      +HSBC Bank Nevada, N.A.,    c/o NCB Management,    PO Box 1099,    Langhorne,PA 19047-6099
518353688      +LVNV Funding, LLC,    c/o Fein Such Kahn Shepard,    7 Century Road, Suite 201,
                 Parsippany,NJ 07054-4609
518353689      +NCB Management Services, Inc.,    PO Box 1099,    Langhorne,PA 19047-6099
518353690      +Neiman Marcus,    1618 Main Street,    Dallas,TX 75201-4748
518353691      +New Century Financial Services,    c/o Fein Such Kahn Shepard,    7 Century Drive, Suite 201,
                 Parsippany,NJ 07054-4609
518353692      +New Century Financial Services,    c/o Pressler Felt & Warshaw,    7 Entin Road,
                 Parsippany,NJ 07054-5020
518353693       Penn MedicinePrinceton Med Ctr,    c/o Akron Billing Center,    3585 Ridge Park Drive,
                 Akron,OH 44333-8203
518353694      +Pinnacle Credit Services, LLC,    c/o Fein Such Kahn Shepard,    7 Century Drive, Suite 201,
                 Parsippany,NJ 07054-4609
518353695      +Princeton Radiology Assoc.,    c/o Remex Inc.,    307 Wall Street,    Princeton,NJ 08540-1515
518353697     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial,     PO Box 8026,    Cedar Rapids,IA 52409)
518353696      +Tire Pro's(Synchrony),    c/o Portfolio Recovery,    10 Orchard St, Suite 100,
                 Lake Forest,CA 92630-8308
518353680     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: CitiBank,     Best Buy,    6500 Nicollet Avee S,    Richfield,MN 55423)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2019 00:25:59      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2019 00:25:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518353684       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 17 2019 00:26:09      Honda Financial,
                 PO Box 168088,    Irving,TX 75016-8088
518353677       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 00:36:56      Capital One,
                 Buy Power Card,    15000 Capital One Drive,    Richmond,VA 23238
518353676       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 00:38:04      Capital One,
                 QuickSilver Card,    15000 Capital One Drive,    Richmond,VA 23238
518353675       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 00:39:14      Capital One,
                 (Savor Card),    15000 Capital One Drive,    Richmond,VA 23238
518353681       E-mail/Text: mrdiscen@discover.com Jul 17 2019 00:24:57      Discover,    PO Box 30943,
                 Salt Lake City,UT 84130-0943
518353686      +E-mail/Text: cio.bncmail@irs.gov Jul 17 2019 00:25:19      Internal Revenue Service,
                 PO Box 219690,    Kansas City,MO 64121-9690
518353687      +E-mail/Text: bankruptcy@fncbinc.com Jul 17 2019 00:24:03      LVNV Funding LLC,
                 50 W Liberty St, Suite 250,    Reno,NV 89501-1973
                                                                                              TOTAL: 9
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518353698*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,     PO Box 15012,
                 Chandler,AZ 85244-5012)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 16, 2019
                              Form ID: 132             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent   Commisa    on behalf of Debtor Derek Bernard Battle vcommisa@vdclaw.com
                                                                                         TOTAL: 3
```