**Vincent D. Commisa, Esq.  (VC-1594)**
20 Manger Road
West Orange, New Jersey 07052
(973) 821-7722
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In the Matter of: | Case No.    19-23697 |
| **DEREK BERNARD BATTLE** | Chapter    13 |
| Debtor. | Hearing Date:  6 August 2019 @ 9:00 a.m. |

**NOTICE  OF  MOTION TO EXTEND THE AUTOMATIC STAY
PURSUANT TO BANKRUPTCY CODE § 362(c)(3)(B), et seq.**

TO:  Honorable Michael B. Kaplan            Albert Russo
Judge, U.S. Bankruptcy Court            Standing Chapter 13 Trustee
U.S. Courthouse, 2nd Floor              Robbinsville, NJ 08691
402 East State Street
Trenton, New Jersey 08608              Nicholas V. Rogers
                                       Phelan Hallinan Diamond & Jones, PC
Office United States Trustee            400 Fellowship Road
One Newark Center, Suite 2100           Suite 100
Newark, New Jersey 07102                Mt Laurel, NJ 08054

Sir/Madam:

PLEASE TAKE NOTICE that on 6 August 2019 at 9:00 am or soon thereafter as counsel may be heard, the undersigned, Vincent D. Commisa, Esq., the attorney for the Debtor, Derek Bernard Battle, will move before the Honorable Michael B. Kaplan, Judge,

U.S. Bankruptcy Court, U.S. Courthouse, 2nd Floor, 402 East State Street, Trenton, New Jersey 08608 for an Order Extending the Automatic Stay;

PLEASE TAKE FURTHER NOTICE that in support of the Motion, Debtor will rely upon the Certification of Derek Bernard Battle in support of the relief together with the relief sought;

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 3(c), no brief is necessary as the issues are not complex and are factual in nature as set forth in the Certification of Debtor, and a reading of the within Motion indicates the grounds upon which the movant makes this Motion.

PLEASE TAKE FURTHER NOTICE that oral is waived if no objections are filed.

                Attorney for Debtor

                /s/ Vincent D. Commisa
                Vincent D. Commisa, Esq.

DATED: 22 July 2019