Vincent D. Commisa, Esq.  (VC-1594)

20 Manger Road
West Orange, New Jersey 07052
(973) 821-7722
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In RE:<br><br>DEREK BERNARD BATTLE<br><br>Debtor. | Case No.    19-23697<br>Chapter    13<br>Hearing Date:  6 August 2019<br>  @ 9:00 a.m. |

### CERTIFICATION OF DEBTOR IN SUPPORT OF
### MOTION TO EXTEND THE AUTOMATIC STAY

I, Derek Bernard Battle, of full age, hereby certify and say:

1.  I am the debtor in the above captioned matter and am familiar with the facts herein.  I make this Certification in support of the Motion to Extend the Stay pursuant to Bankruptcy Code § 362(c)(3)(B), et seq.

2.  The Motion has been timely filed since it has been filed within a week of the filing of this bankruptcy petition and the hearing date is scheduled for 6 August 2019.

3.  I also understand that the Notice of Motion has been served upon all creditors as required by law.

4.  As the Court is fully aware, my prior case was dismissed.

5.  I have attempted to sell my house and the property has been listed for sale for several months.

6. I will file the appropriate documentation with respect to the real estate entity acting as the real estate broker.

7. My house is basically brand new as a result of a series of construction modifications to the house which makes the house almost move-in condition notwithstanding minor plus or minus decorative effects.

8. I wish the opportunity to sell my house and respectfully request that the stay be extended to allow me to sell the house. I have already begun the process and I understand from the realtor that there is some viability and I anticipate receiving a contract very soon. I will agree to any certain time deadlines and payment deadlines to ensure that the Bank is protected.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: 22 July 2019

/s/ Derek Bernard Battle
Derek Bernard Battle