UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973)   821-7722
Attorney for Debtor

_____

| | |
|---|---|
| In Re:<br><br>DEREK BERNARD BATTLE | Case No.:       19-23697<br><br>Chapter:        13<br><br>Hearing Date:<br><br>Judge:       Michael B. Kaplan |

**ORDER**

The relief set forth on the following pages, numbered two (2) through
_____ is **ORDERED**.

**(Page 2)**

| | |
|---|---|
| Debtor: | In re Derek Bernard Battle |
| Case No: | 19-23697 (MBK) |
| Caption of Order: | Order |

THIS MATTER having been brought before the Court by way Motion by Debtor seeking to Extend the Automatic Stay and for good cause having being shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1.      That the Automatic Stay is in full force and effect.