| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 828329 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for BANK OF AMERICA, N.A. | |
| In Re: <br><br> DEREK BERNARD BATTLE <br> A/K/A DEREK BATTLE <br> A/K/A DEREK B. BATTLE | Case No: 19-23697 - MBK <br><br> Judge: MICHAEL B KAPLAN <br><br> Chapter: 13 |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>BANK OF AMERICA, N.A.</u> with regards to its mortgage. Said Mortgage was recorded on March 5, 2003, Book 5313, Page 2897, Instrument No. 2003026551 on the real property, located at 1 BARGE LN, SOMERSET, NJ 08873-7361 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: August 12, 2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com