UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Derek Bernard Battle

Debtor(s)

Case No. 19-23697 / MBK

Hearing Date: September 11, 2019  10:00 am

Judge: Michael B. Kaplan

Chapter: 13

**TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN and
TRUSTEE'S OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS**

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document(s):**

   **A current market analysis**

**The debtor has undertaken an improper use of exemption.  Specifically: The debtor has exceeded the available exemption in 522(d)(2).**

**The debtor(s) plan consists of unnecessary or excessive expense items, such as: Schedule J: $400 telephone/cell/Internet/cable, $500 childcare (need proof); $366/$659/$233 for 3 vehicles, $750 DSO payment (need proof).**

**Form 122c: expense taken for 2 vehicles, $1,250 childcare (need proof), $400 optional telephone.**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided.  The Trustee's calculations are higher for the following reason(s): Income documentation provided verifies higher ($7,306) than scheduled ($6,498).**

**The Schedules fail to account for the debtor(s) tax refund in the amount of $1,371 when determining disposable income.**

 **The current Plan does not specify treatment of IRS priority claim under the Plan.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/  Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney