| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Derek Bernard Battle | Case No.: 19-23697 / MBK<br><br>Hearing Date: September 11, 2019  10:00 am<br><br>Judge: Michael B. Kaplan<br><br>Chapter:  13 |

## CERTIFICATION OF SERVICE

1. I, Anita Travea, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On August 15, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Trustee's Objection to Debtor(s) Chapter 13 Plan and Trustee's Objection to Debtor(s) Claim of Exemptions, Certificate of Service**

Dated:   August 15, 2019                                                                    /s/  Anita Travea

                                                                                                                    Signature

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Derek Bernard Battle<br>1 Barge Lane<br>Somerset, NJ   08873 | Debtor(s) | Regular Mail |
| Vincent Commisa<br>20 Manger Road<br>West Orange,  NJ   07052 | Attorney for Debtor(s) | Notice of Electronic Filing (NEF) |