UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973)   821-7722
Attorney for Debtor

_____

**Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br>DEREK BERNARD BATTLE | Case No.:   19-23697 |
|---|---|
| | Chapter:   13 |
| | Hearing Date: |
| | Judge:   Michael B. Kaplan |

## AMENDED ORDER

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: August 22, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | In re Derek Bernard Battle |
| Case No: | 19-23697 (MBK) |
| Caption of Order: | Amended Order |

THIS MATTER having been brought before the Court by way Motion by Debtor seeking to Extend the Automatic Stay and for good cause having being shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1. That the Automatic Stay is extended to Bank of America and is in full force and effect.