UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973)   821-7722
Attorney for Debtor

_____

Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 19-23697 |
|---|---|---|
| DEREK BERNARD BATTLE | Chapter: | 13 |
|  | Hearing Date: |  |
|  | Judge: | Michael B. Kaplan |

## AMENDED ORDER

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: August 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | In re Derek Bernard Battle |
| Case No: | 19-23697 (MBK) |
| Caption of Order: | Amended Order |

THIS MATTER having been brought before the Court by way Motion by Debtor seeking to Extend the Automatic Stay and for good cause having being shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1. That the Automatic Stay is extended to Bank of America and is in full force and effect.

United States Bankruptcy Court
District of New Jersey

In re:
Derek Bernard Battle
    Debtor

Case No. 19-23697-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 23, 2019
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
db            +Derek Bernard Battle,   1 Barge Lane,    Somerset, NJ 08873-7361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA N.A. nj.bkecf@fedphe.com
           Robert   Davidow    on behalf of Creditor    BANK OF AMERICA N.A. nj.bkecf@fedphe.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           Vincent   Commisa    on behalf of Debtor Derek Bernard Battle vcommisa@vdclaw.com
                                                                                                                    TOTAL: 5