| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>828740<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for BANK OF AMERICA, N.A. | |
|---|---|
| In Re:<br><br>DEREK BERNARD BATTLE | Case No: 19-23697 - MBK<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>BANK OF AMERICA, N.A.</u> with regards to its mortgage. Said Mortgage was recorded on March 5, 2003, Book 5313, Page 2897, Instrument No. 2003026551 on the real property, located at 1 BARGE LANE, SOMERSET, NJ 08873-7361 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: August 27, 2019                    /s/ Robert J. Davidow
                                                                                      Robert J. Davidow, Esq.
                                                                                      Phelan Hallinan Diamond & Jones, PC
                                                                                      1617 JFK Boulevard, Suite 1400
                                                                                      Philadelphia, PA 19103
                                                                                      Tel: 856-813-5500 Ext. 47960
                                                                                      Fax: 856-813-5501
                                                                                      Email: Robert.Davidow@phelanhallinan.com