**Vincent D. Commisa, Esq.  (VC-1594)**
20 Manger Road
West Orange, New Jersey 07052
(973) 821-7722
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In the Matter of:

**DEREK BERNARD BATTLE**

Debtor.

Case No.  19-23697  (MBK)

Chapter 13

## NOTICE OF VOLUNTARY CONVERSION FROM
## CHAPTER 13 TO CHAPTER 7

**PLEASE TAKE NOTICE** that the Debtor hereby requests that the within matter be voluntarily converted from a Chapter 13 proceeding to a Chapter 7 proceeding.

Dated:  3 December 2019

/s/ Vincent D. Commisa
Vincent D. Commisa, Esq.