**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Derek Bernard Battle<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–7204<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13    7/15/19 |
| Case number: | 19–23697–KCF | Date case converted to chapter: 7    12/3/19 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Derek Bernard Battle | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1 Barge Lane<br>Somerset, NJ 08873 | |
| 4. | **Debtor's attorney**<br>Name and address | Vincent Commisa<br>20 Manger Road<br>West Orange, NJ 07052 | Contact phone (973) 821–7722 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016–4496 | Contact phone (609) 386–8700 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 12/5/19 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 10, 2020 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 3/10/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:
Derek Bernard Battle
    Debtor

Case No. 19-23697-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Dec 05, 2019
                             Form ID: 309A     Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.

```
db            +Derek Bernard Battle,    1 Barge Lane,    Somerset, NJ 08873-7361
518353672     +Bank of America,    c/o Hayt Hayt & Landau,    2 Industrial Way W,    Eatontown,NJ 07724-2265
518353673     +Bank of America, N.A.,    c/o Phelan Hallinan, etc.,    400 Fellowship Rd. Suite 100,
                Mt. Laurel,NJ 08054-3437
518353674     +Baxter Financial LLC,    c/o Fein Such Kahn Shepard,    7 Century Drive, Suite 201,
                Parsippany,NJ 07054-4609
518353678     +Cavalry SPV I, LLC,    PO Box 1116,    Charlotte,NC 28201-1116
518353679     +Chase Mortgage Co.,    Mail Code LA4-6475,    700 Kansas Lane,    Monroe,LA 71203-4774
518353670     +Dothins,    American Honda Finance,    PO Box 65507,    Wilmington,DE 19808-0507
518353682     +Emergency Phys Svcs of NJ PA,    PO Box 740021,    Cincinnati,OH 45274-0021
518353683     +GAP (Synchrony),    c/o Portfolio Recovery,    10 Orachard St., Suite100,
                Lake Forest,CA 92630-8308
518353685     +HSBC Bank Nevada, N.A.,    c/o NCB Management,    PO Box 1099,    Langhorne,PA 19047-6099
518353688     +LVNV Funding, LLC,    c/o Fein Such Kahn Shepard,    7 Century Road, Suite 201,
                Parsippany,NJ 07054-4609
518353689     +NCB Management Services, Inc.,    PO Box 1099,    Langhorne,PA 19047-6099
518353690     +Neiman Marcus,    1618 Main Street,    Dallas,TX 75201-4748
518353692     +New Century Financial Services,    c/o Pressler Felt & Warshaw,    7 Entin Road,
                Parsippany,NJ 07054-5020
518353691     +New Century Financial Services,    c/o Fein Such Kahn Shepard,    7 Century Drive, Suite 201,
                Parsippany,NJ 07054-4609
518353693      Penn MedicinePrinceton Med Ctr,    c/o Akron Billing Center,    3585 Ridge Park Drive,
                Akron,OH 44333-8203
518353694     +Pinnacle Credit Services, LLC,    c/o Fein Such Kahn Shepard,    7 Century Drive, Suite 201,
                Parsippany,NJ 07054-4609
518353695     +Princeton Radiology Assoc.,    c/o Remex Inc.,    307 Wall Street,    Princeton,NJ 08540-1515
518353696     +Tire Pro's(Synchrony),    c/o Portfolio Recovery,    10 Orchard St, Suite 100,
                Lake Forest,CA 92630-8308
518428067     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
518353680    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: CitiBank,    Best Buy,    6500 Nicollet Avee S,    Richfield,MN 55423)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: vcommisa@vdclaw.com Dec 05 2019 23:59:27     Vincent Commisa,    20 Manger Road,
                West Orange, NJ   07052
tr            +EDI: QTJORR.COM Dec 06 2019 04:38:00      Thomas Orr,    Law Office of Thomas J. Orr,
                321 High Street,    Burlington, NJ 08016-4411
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2019 00:00:29     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2019 00:00:28     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518353684      EDI: HNDA.COM Dec 06 2019 04:38:00      Honda Financial,    PO Box 168088,    Irving,TX 75016-8088
518353669     +EDI: AMEREXPR.COM Dec 06 2019 04:38:00      American Express,    43 Butterfield Circle,
                El Paso,TX 79906-5202
518413790      EDI: BECKLEE.COM Dec 06 2019 04:38:00      American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518465576      EDI: BANKAMER.COM Dec 06 2019 04:38:00      BANK OF AMERICA, N.A.,    Bank of America,
                PO BOX 31785,    Tampa FL 33631-3785
518353671     +EDI: BANKAMER.COM Dec 06 2019 04:38:00      Bank of America,    PO Box 45224,
                Jacksonville,FL 32232-5224
518365666      EDI: BANKAMER.COM Dec 06 2019 04:38:00      Bank of America, N.A.,    PO BOX 31785,
                Tampa, FL 33631-3785
518353675      EDI: CAPITALONE.COM Dec 06 2019 04:38:00      Capital One,    (Savor Card),
                15000 Capital One Drive,    Richmond,VA 23238
518353677      EDI: CAPITALONE.COM Dec 06 2019 04:38:00      Capital One,    Buy Power Card,
                15000 Capital One Drive,    Richmond,VA 23238
518353676      EDI: CAPITALONE.COM Dec 06 2019 04:38:00      Capital One,    QuickSilver Card,
                15000 Capital One Drive,    Richmond,VA 23238
518364976     +EDI: AIS.COM Dec 06 2019 04:38:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518356932     +E-mail/Text: bankruptcy@cavps.com Dec 06 2019 00:00:45     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518353681      EDI: DISCOVER.COM Dec 06 2019 04:38:00      Discover,    PO Box 30943,
                Salt Lake City,UT 84130-0943
518364173     +EDI: IRS.COM Dec 06 2019 04:38:00      IRS,   POB 7346,    Philadelphia, PA 19101-7346
518357023      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 00:15:27      LVNV Funding LLC,
                PO Box 10587,    Greenville, SC 29603-0587
518353687     +E-mail/Text: bankruptcy@fncbinc.com Dec 05 2019 23:59:31     LVNV Funding LLC,
                50 W Liberty St, Suite 250,    Reno,NV 89501-1973
518466011      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 00:15:23      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Dec 05, 2019
                              Form ID: 309A            Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518456755          E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 00:14:26      LVNV Funding, LLC,
                    c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518456754          EDI: PRA.COM Dec 06 2019 04:38:00       Portfolio Recovery Associates, LLC,    c/o Best Buy,
                    POB 41067,   Norfolk VA 23541
518465965          EDI: PRA.COM Dec 06 2019 04:38:00       Portfolio Recovery Associates, LLC,    c/o Gap Visa Card,
                    POB 41067,   Norfolk VA 23541
518467423          EDI: PRA.COM Dec 06 2019 04:38:00       Portfolio Recovery Associates, LLC,
                    c/o Neimanmarcusinternet,    POB 41067,    Norfolk VA 23541
518465963          EDI: PRA.COM Dec 06 2019 04:38:00       Portfolio Recovery Associates, LLC,    c/o Tire Pros,
                    POB 41067,   Norfolk VA 23541
518473627          E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 00:14:27
                    Pinnacle Credit Services, LLC,    PO Box 10587,    Greenville, SC 29603-0587
518354962         +EDI: RMSC.COM Dec 06 2019 04:38:00       Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                    PO Box 41021,   Norfolk, VA 23541-1021
518353697          EDI: TFSR.COM Dec 06 2019 04:38:00       Toyota Financial,    PO Box 8026,   Cedar Rapids,IA 52409
                                                                                               TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518469300*        +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518353686*        +Internal Revenue Service,    PO Box 219690,   Kansas City,MO 64121-9690
518353698*        ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                   (address filed with court:  Toyota Motor Credit Corporation,     PO Box 15012,
                    Chandler,AZ 85244-5012)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```