KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for Toyota Lease Trust

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Derek Bernard Battle<br>DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 7<br>CASE NO. 19-23697 KCF<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY** |

TO:

Derek Bernard Battle
1 Barge Lane
Somerset, NJ 08873

Vincent Commisa
20 Manger Road
West Orange, NJ 07052

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102

PLEASE TAKE NOTICE THAT the undersigned attorney for **Toyota Lease Trust**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **U. S. Courthouse, 402 East State Street; Trenton, NJ**, for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a repossession action for the reason that the debtors have failed to maintain their monthly payments to the Secured Creditor as more particularly set forth in the certification submitted herewith. The property involved is known as **2016 Toyota Highlander, VIN: 5TDJKRFH6GS299260 ,** . The hearing on this matter is scheduled for **February 25, 2020 at 10:00 A.M.**

Dated:  January 31, 2020        **/s/Denise Carlon, Esq.**
Brian C. Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for Toyota Lease Trust