| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>(201)549-2363<br>dcarlon@kmllawgroup.com<br>Toyota Lease Trust |

In Re:

    Derek Bernard Battle

Case No:    19-23697 KCF

Chapter: 7

Judge:    Kathryn C. Ferguson

## CERTIFICATION OF CREDITOR
## REGARDING POST PETITION PAYMENT HISTORY
## (VEHICLE LOAN/LEASE)

___RAHNAE SPOONER___, employed as _Supplier Management Administrator_ by Toyota Lease Trust, hereby certifies the following:

    Vehicle lender/lessor:  Toyota Lease Trust

    Vehicle description:  2016 Toyota Highlander, VIN: 5TDJKRFH6GS299260

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on) 07/15/2019

- **The lease has matured as of December 18, 2019.**

- **Debtor has not exercised the right to purchase the subject vehicle.**

[Continue on attached sheets if necessary]

Plus miscellaneous amounts due:

| | |
|---|---|
| Late Charges: | $ _____ |
| Repossession fees: | $ _____ |
| Extension fees: | $ _____ |
| Other: | $ _____ |

**TOTAL DEBT. $ 25,387.08.**

**FAIR MARKET VALUE. $ 25,750.00**

Pre-petition arrears: $0.00

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge; O = Other *specify other payments received

I certify under penalty of perjury that the above is true.

Date: 1/29/2020

Signature

rev.8/1/15