UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
Attorneys for Movant:  Toyota Lease Trust

Case No.:    19-23697 KCF

Chapter:     7

In Re:

Derek Bernard Battle
        Debtor/Respondent

Hearing Date: **February 25, 2020 at 10:00 A.M.**

Judge:    Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, Saquanna Stewart:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On February 4, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief of Automatic Stay
    - Certification of Support in Motion of Relief from Automatic Stay
    - Proposed Order
    - Lease Agreement
    - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: February 4, 2020          /S/Saquanna Stewart
                                                  Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Derek Bernard Battle<br>1 Barge Lane<br>Somerset, NJ 08873 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Co-Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Vincent Commisa<br>20 Manger Road<br>West Orange, NJ 07052 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016-4496 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*