| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-23697 / MBK**

| | |
|---|---|
| Derek Bernard Battle | Petition Filed Date: 07/15/2019 |
| 1 Barge Lane | 341 Hearing Date: 08/15/2019 |
| Somerset  NJ  08873 | Confirmation Date: |

Case Status: **Converted to Ch 7 Before Confirmation on 12/ 5/2019**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/13/2019 | $150.00 | 951239474 | 10/22/2019 | $150.00 | 25901727210 | 10/22/2019 | $150.00 | 25901727208 |

**Total Receipts for Period: $450.00    Amount Refunded to Debtor Since Filing: $428.40    Total Receipts Since Filing: $450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  | Derek Bernard Battle | Debtor Refund | $0.00 | $0.00 | $0.00 |
|  | Vincent Commisa | Attorney Fees<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  FIA | Unsecured Creditors | $25,142.85 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  JUDGMENT #DJ-190636-10 | Secured Creditors | $1,653.98 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2010-2012;2016-2017 EST TAXES | Priority Crediors | $44,588.04 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2009; EST TAXES 2013-2015 | Unsecured Creditors | $60,348.04 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,990.12 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,124.24 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA, N.A.<br>»»  2014 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | KIM L. DIXON | Support Arrears | $0.00 | $0.00 | $0.00 |
| 9 | Baxter Financial LLC<br>»»  HOUSEHOLD BANK | Unsecured Creditors | $1,096.20 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $13,805.12 | $0.00 | $0.00 |
| 11 | TOYOTA LEASE TRUST<br>»»  LEASE/2016 TOYOTA HIGHLANDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $2,777.84 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»»  JUDGMENT DC-001304-10 | Secured Creditors | $9,326.11 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»»  JUDGMENT #DC-006119-10 | Secured Creditors | $4,968.04 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | BANK OF AMERICA, NA<br>»» P/1 BARGE LANE/1ST MTG | Mortgage Arrears | $561,027.68 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TIRE PROS | Unsecured Creditors | $727.70 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GAP VISA CARD | Unsecured Creditors | $1,306.17 | $0.00 | $0.00 |
| 18 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR | Unsecured Creditors | $3,726.04 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» NEIMAN MARCUS | Unsecured Creditors | $1,825.95 | $0.00 | $0.00 |
| 20 | CAVALRY SPV I, LLC | Unsecured Creditors | $6,106.68 | $0.00 | $0.00 |
| 21 | CAVALRY SPV I, LLC | Unsecured Creditors | $10,951.40 | $0.00 | $0.00 |
| 22 | LVNV FUNDING LLC<br>»» JUDGMENT #DC 000437 12 | Unsecured Creditors | $812.35 | $0.00 | $0.00 |
| 23 | PINNACLE CREDIT SERVICES, LLC.<br>»» JUDGMENT# DC 008761 08 | Secured Creditors | $6,027.33 | $0.00 | $0.00 |
| 24 | ---- | No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| | Derek Bernard Battle | Debtor Refund | $428.40 | $428.40 | $0.00 |

## SUMMARY

**Your case was Converted to Ch 7 Before Confirmation on 12/05/2019.**

Summary of all receipts and disbursements from date filed through 2/10/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $450.00 | Paid to Claims: | $428.40 |
| Paid to Trustee: | $21.60 | Funds on Hand: | $0.00 |