UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Maggie McGee, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Maggie.McGee@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re | : | Case No. 19-23697 (KCF) |
|  | : | Chapter 7 |
| Derek Bernard Battle, | : |  |
|  | : | The Honorable Kathryn C. Ferguson |
|  | : |  |
|  | : | Hearing Date: April 14, 2020, at 2:00 p.m. |
| Debtor. | : |  |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE FOR AN ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

TO:    ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that the United States Trustee, by and through counsel, shall move before The Honorable Kathryn C. Ferguson, United States Bankruptcy Chief Judge, on **April 14, 2020, at 2:00 p.m.**, or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, pursuant to Federal Rules of Bankruptcy Procedure 1017(e)(1) and 4004, for an Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727, and for such other and further relief as the Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Certification submitted herewith.  Because no novel, unique, or complicated issues of law are presented, no brief has been filed pursuant to D.N.J. LBR 9013-1(a)(3).

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than 7 days in advance of the hearing date pursuant to D.N.J. LBR 9013-2(a)(2).   If no opposing papers are filed and served within the required time, the Motion shall be decided on the papers pursuant to D.N.J. LBR 9013-3(d) and an Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(d) oral argument may only be presented by a party that has filed opposition to the Motion.

    ANDREW R. VARA
    UNITED STATES TRUSTEE
    REGIONS 3 & 9

By:   */s/Maggie McGee*
    Maggie McGee
    Trial Attorney

DATED: March 9, 2020