| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Maggie McGee, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: Maggie.McGee@usdoj.gov | |
| In Re:<br><br>Derek Bernard Battle,<br><br>Debtor. | Case No.: 19-23697 (KCF)<br><br>Chapter 7<br><br>Hearing Date: April 14, 2020, at 2:00 p.m.<br><br>Chief Judge: Kathryn C. Ferguson |

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER
11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**(Page 2)**
Debtor: Derek Bernard Battle

Chapter 7 Case No. 19-23697 (KCF)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3), and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

_____

Upon consideration of the United States Trustee's motion, by and through counsel, for an order extending the time for the United States Trustee to file a motion under 11 U.S.C. §§ 707(b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the United States Trustee to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3), or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **May 12, 2020**; and it is further

**ORDERED** that the United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3), or a complaint objecting to discharge under 11 U.S.C. § 727.