| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Maggie McGee, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: Maggie.McGee@usdoj.gov | |
| In Re:<br><br>Derek Bernard Battle,<br><br>Debtor. | Case No.: 19-23697 (KCF)<br><br>Chapter: 7<br><br>Adv. No.:<br><br>Hearing Date: April 14, 2020, at 2:00 p.m.<br><br>Chief Judge: Kathryn C. Ferguson |

**CERTIFICATION OF SERVICE**

1. I, Michael W. Aponte:

   ☐ represent _____ in this matter.

   ☒ am the paralegal for <u>Maggie McGee, Trial Attorney</u>, who represents the <u>United States Trustee</u> in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>March 9, 2020</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   (i) NOTICE OF MOTION BY THE UNITED STATES TRUSTEE FOR AN ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727; (ii) CERTIFICATION; (iii) PROPOSED ORDER; and (iv) CERTIFICATION OF SERVICE.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 9, 2020                    /s/ Michael W. Aponte
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Derek Bernard Battle<br>1 Barge Lane<br>Somerset, NJ  08873 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Vincent Commisa, Esq.<br>20 Manger Road<br>West Orange, NJ  07052<br>(973) 821-7722<br>(973) 521-5121 (fax)<br>vcommisa@vdclaw.com | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Thomas J. Orr, Esq.<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ  08016-4496<br>(609) 386-8700<br>tom@torrlaw.com | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Telephone: (877)885-5919<br>Facsimile: (757) 351-3257<br>E-mail: claims@recoverycorp.com | Authorized Agent for Synchrony Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 856-813-5500 Ext. 42689<br>Fax: 856-813-5501<br>Email: nicholas.rogers@phelanhallinan.com | Counsel for Creditor Bank of America, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Robert J. Davidow, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 856-813-5500 Ext. 47960<br>Fax: 856-813-5501<br>Email: Robert.Davidow@phelanhallinan.com | Counsel for Creditor Bank of America, N. A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Denise Carlon Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>201-549-2363<br>FAX: (609) 385-2214 | Counsel for Creditor Toyota Lease Trust | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |

*rev.8/1/16*