UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Maggie McGee, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Maggie.McGee@usdoj.gov

<div align="center">UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY</div>

| | | |
|---|---|---|
| In re | : | Case No. 19-23697 (KCF) |
| | : | Chapter 7 |
| Derek Bernard Battle, | : | The Honorable Kathryn C. Ferguson |
| | : | Hearing Date: April 14, 2020, at 2:00 p.m. |
| Debtor. | : | |

**STATEMENT AS TO WHY A MEMORANDUM OF LAW IS UNNECESSARY**

The United States Trustee, by and through counsel, in furtherance of his duties and responsibilities under 28 U.S.C. § 586(a)(3) and (5), respectfully moves for an order extending time to file a motion to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3) and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727 ("Motion") with regard to the above-captioned matter.

The United States Trustee shall rely upon the Certification filed with the Motion. Because no novel, unique, or complicated issues of law are presented, no memorandum of law has been filed pursuant to D.N.J. LBR 9013-1(a)(3).

<div style="margin-left:50%">ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

By:  /s/Maggie McGee
     Maggie McGee
     Trial Attorney</div>

DATED: March 12, 2020