UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>BATTLE, DEREK BERNARD | Case No.: 19-23697<br>Chapter: 7<br>Judge: KCF |

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on July 28, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at: 1 BARGE LANE, SOMERSET, NJ
The debtor(s) purchased the property in 2003 for $525,000. The property is valued at $717,214 based on Zillow.

Liens on property:

BANK OF AMERICA - $916,856
CHASE MORTGAGE - $100,000

Amount of equity claimed as exempt:

NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*