UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:        19-23697

BATTLE, DEREK BERNARD                           Chapter:         7

                                                Judge:           KCF

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
| --- |
| Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on July 28, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
| --- |
| Real Estate at:   1 BARGE LANE, SOMERSET, NJ<br>The debtor(s) purchased the property in 2003 for $525,000.The property is valued at $717,214 based on Zillow. |

| Liens on property: |
| --- |
| BANK OF AMERICA - $916,856<br>CHASE MORTGAGE - $100,000 |

| Amount of equity claimed as exempt: |
| --- |
| NONE |

Objections must be served on, and requests for additional information directed to:

| | |
| --- | --- |
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 19-23697-KCF
Derek Bernard Battle                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2          Date Rcvd: Jun 26, 2020
                           Form ID: pdf905       Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
```
db              +Derek Bernard Battle,   1 Barge Lane,   Somerset, NJ 08873-7361
cr              +BANK OF AMERICA N.A.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
518353669       +American Express,   43 Butterfield Circle,   El Paso,TX 79906-5202
518413790        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
518465576        BANK OF AMERICA, N.A.,   Bank of America,   PO BOX 31785,   Tampa FL 33631-3785
518353672       +Bank of America,   c/o Hayt Hayt & Landau,   2 Industrial Way W,   Eatontown,NJ 07724-2265
518353671       +Bank of America,   PO Box 45224,   Jacksonville,FL 32232-5224
518365666        Bank of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
518353673       +Bank of America,   c/o Phelan Hallinan, etc.,   400 Fellowship Rd. Suite 100,
                 Mt. Laurel,NJ 08054-3437
518353674       +Baxter Financial LLC,   c/o Fein Such Kahn Shepard,   7 Century Drive, Suite 201,
                 Parsippany,NJ 07054-4609
518353678       +Cavalry SPV I, LLC,   PO Box 1116,   Charlotte,NC 28201-1116
518353670        Dothins,   American Honda Finance,   PO Box 65507,   Wilmington,DE 19808-0507
518353682       +Emergency Phys Svcs of NJ PA,   PO Box 740021,   Cincinnati,OH 45274-0021
518353683       +GAP (Synchrony),   c/o Portfolio Recovery,   10 Orachard St., Suite100,
                 Lake Forest,CA 92630-8308
518353685       +HSBC Bank Nevada, N.A.,   c/o NCB Management,   PO Box 1099,   Langhorne,PA 19047-6099
518353688       +LVNV Funding, LLC,   c/o Fein Such Kahn Shepard,   7 Century Road, Suite 201,
                 Parsippany,NJ 07054-4609
518353689       +NCB Management Services, Inc.,   PO Box 1099,   Langhorne,PA 19047-6099
518353690       +Neiman Marcus,   1618 Main Street,   Dallas,TX 75201-4748
518353691       +New Century Financial Services,   c/o Fein Such Kahn Shepard,   7 Century Drive, Suite 201,
                 Parsippany,NJ 07054-4609
518353692       +New Century Financial Services,   c/o Pressler Felt & Warshaw,   7 Entin Road,
                 Parsippany,NJ 07054-5020
518353693        Penn MedicinePrinceton Med Ctr,   c/o Akron Billing Center,   3585 Ridge Park Drive,
                 Akron,OH 44333-8203
518353694       +Pinnacle Credit Services, LLC,   c/o Fein Such Kahn Shepard,   7 Century Drive, Suite 201,
                 Parsippany,NJ 07054-4609
518353695       +Princeton Radiology Assoc.,   c/o Remex Inc.,   307 Wall Street,   Princeton,NJ 08540-1515
518353697       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial,   PO Box 8026,   Cedar Rapids,IA 52409)
518353696       +Tire Pro's(Synchrony),   c/o Portfolio Recovery,   10 Orchard St, Suite 100,
                 Lake Forest,CA 92630-8308
518428067       +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
518353680       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: CitiBank,   Best Buy,   6500 Nicollet Avee S,   Richfield,MN 55423)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2020 01:28:05   U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2020 01:28:01   United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518353684        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 27 2020 01:28:20   Honda Financial,
                 PO Box 168088,   Irving,TX 75016-8088
518353675        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2020 01:32:17   Capital One,
                 (Savor Card),   15000 Capital One Drive,   Richmond,VA 23238
518353677        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2020 01:32:17   Capital One,
                 Buy Power Card,   15000 Capital One Drive,   Richmond,VA 23238
518353676        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2020 01:33:10   Capital One,
                 QuickSilver Card,   15000 Capital One Drive,   Richmond,VA 23238
518364976       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2020 01:33:25
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518356932        E-mail/Text: bankruptcy@cavps.com Jun 27 2020 01:28:27   Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
518353681        E-mail/Text: mrdiscen@discover.com Jun 27 2020 01:26:55   Discover,   PO Box 30943,
                 Salt Lake City,UT 84130-0943
518364173       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 27 2020 01:27:33   IRS,   POB 7346,
                 Philadelphia, PA 19101-7346
518353679        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 27 2020 01:32:11   Chase Mortgage Co.,
                 Mail Code LA4-6475,   700 Kansas Lane,   Monroe,LA 71203
518357023        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 01:33:25   LVNV Funding LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
518353687       +E-mail/Text: bankruptcy@fncbinc.com Jun 27 2020 01:26:29   LVNV Funding LLC,
                 50 W Liberty St, Suite 250,   Reno,NV 89501-1973
518466011        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 01:31:50   LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518456755        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 01:33:25   LVNV Funding, LLC,
                 c/o Resurgent Capital Services,   PO BOX 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Jun 26, 2020
                              Form ID: pdf905          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518456754        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2020 01:33:17
                 Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
518465965        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2020 01:33:17
                 Portfolio Recovery Associates, LLC,   c/o Gap Visa Card,   POB 41067,   Norfolk VA 23541
518467423        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2020 01:31:45
                 Portfolio Recovery Associates, LLC,   c/o Neimanmarcusinternet,   POB 41067,
                 Norfolk VA 23541
518465963        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2020 01:32:22
                 Portfolio Recovery Associates, LLC,   c/o Tire Pros,   POB 41067,   Norfolk VA 23541
518473627        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 01:31:52
                 Pinnacle Credit Services, LLC,   PO Box 10587,   Greenville, SC 29603-0587
518354962       +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2020 01:31:33      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 21


                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518469300*      +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
518353686*      +Internal Revenue Service,   PO Box 219690,   Kansas City,MO 64121-9690
518353698*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Corporation,   PO Box 15012,
                 Chandler,AZ 85244-5012)
                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
```
              Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Margaret Mcgee    on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov
              Nicholas V. Rogers   on behalf of Creditor   BANK OF AMERICA N.A. nj.bkecf@fedphe.com
              Robert Davidow   on behalf of Creditor   BANK OF AMERICA N.A. nj.bkecf@fedphe.com
              Thomas Orr   tom@torrlaw.com,  Torr@ecf.axosfs.com
              Thomas Orr   on behalf of Trustee Thomas Orr tom@torrlaw.com,  Torr@ecf.axosfs.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              Vincent Commisa   on behalf of Debtor Derek Bernard Battle vcommisa@vdclaw.com
                                                                             TOTAL: 8
```