**VINCENT D. COMMISA, ESQ.   (VC-1594)**
20 Manger Road
West Orange, NJ 07052
(973) 821-7722
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In the Matter of:

**DEREK BERNARD BATTLE**,

Debtor.

Case No.:   19-23697 (KCF)

Chapter    7

Hearing Date: 16 March 2021
@ 10:00 a.m.

## NOTICE OF MOTION TO REOPEN THE CHAPTER 7 PROCEEDING PURSUANT TO BANKRUPTCY CODE § 350 FOR CAUSE SEEKING A COURT ORDER FOR DISCHARGE OF LIENS AND UPON APPROPRIATE RELIEF THE CASE WILL BE CLOSED

TO:

Honorable Kathryn C. Ferguson
Judge, United States Bankruptcy Court
402 East State Street, Courtroom #2
Trenton, New Jersey 08608

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, New Jersey 07102

Thomas Orr, Trustee
321 High Street
Burlington, New Jersey 08016

Derek Bernard Battle
1 Barge Lane
Somerset, New Jersey 08873

Pinnacle Credit Services LLC
 c/o Fein Such Kahn & Shepard, PC
7 Century Drive, Suite 201
Parsippany, New Jersey 07054

New Century Financial Services
c/o Pressler & Pressler
7 Entin Rd
Parsippany New Jersey 07054

New Century Financial Services
(Three Judgments)
c/o Fein Such Kahn & Shepard, PC
7 Century Drive, Suite 201
Parsippany, New Jersey 07054

New Century Financial Services
110 S. Jefferson Road, Suite 104
Whippany, New Jersey 07981

New Century Financial Services
c/o Resurgent Capital Services
P.O. Box 10497
Greenville, South Carolina 29603

Sir/Madam:

PLEASE TAKE NOTICE that on 16 March 2021 at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorney for Debtor, by and through counsel, Vincent D. Commisa, Esq., shall move before the Honorable Kathryn C. Ferguson, Judge, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom #2, Trenton, New Jersey 08608, for the entry of an Order to Reopen the Chapter 7 Proceeding Pursuant to Bankruptcy Code §350 for cause to seek a Court Order allowing for the discharging liens as a result of various judgments entered against the Debtor/Defendant pre-petition.

PLEASE TAKE FURTHER NOTICE that in support hereof, the movants shall rely upon the Certification of Vincent D. Commisa, Esq. A proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rules and Local Rules, all answering papers shall be filed and served at least seven (7) days before the return date.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 3(c), no brief is necessary as the issues are not complex and are factual in nature as set forth in the Certification of Vincent D. Commisa, Esq., and a reading of the within Motion indicates the grounds upon which the movants make this Motion.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 3(f) the movants request oral argument.

      /s/ Vincent D. Commisa
      VINCENT D. COMMISA, ESQ.
      Attorney for Debtor

Dated: 8 February 2021