# Exhibit "A"

C3_3547 S310L 22315 10/16/2018

**Bank of America**
Home Loans

**PAYOFF STATEMENT**

Payoff Department
Tampa Mail Services
PO Box 31785
Tampa, FL 33631-3785



AB 0429   528 000       00039 #001 SP 0.412
DEREK B BATTLE
1 BARGE LANE
SOMERSET, NJ 08873

| Good Through Date and/or Proposed Closing Date |
|---|
| May 8, 2019 |

Statement Date
April 24, 2019

Bank of America, N.A.
Loan No.:      22416876-5

Name & Property Address:
Derek B. Battle
1 Barge Lane
Somerset, NJ 08873

## This loan is in Bankruptcy.

### (CONV)

### PAYOFF CALCULATION

| | |
|---|---:|
| Principal Balance as of 10/01/2008 | $449,870.97 |
| Interest from 10/01/2008 to 05/08/2019 | 286,185.11 |
| – County Recording Fee* | 50.00 |
| Other Amounts Due₍₂₎ | 4,825.50 |
| Escrow Balance Due | 170,867.20 |
| **Total Amount Required to Release Lien** (As of May 8, 2019) | **$911,798.78** |

⁽²⁾ Other Amounts Due details can be found in the "Other Amounts Due" table below.

*For California properties this includes the Building Homes and Jobs Act fee of $75.

*Amended Payoff Statements are sent automatically if the total amount due increases before MAY 8, 2019.*

To provide you with the convenience of an extended 'Statement Void After' date, the Total Amount Due may include estimated fees, costs, additional payments and/or escrow disbursements that will become due prior to the 'Statement Void After' date, but which are not yet due as of the date this Payoff Statement is issued. You will receive a refund if you pay the Total Amount Due and those anticipated fees, expenses, or payments have not been incurred.

### INTEREST CALCULATIONS

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

**Adjustable rate mortgage loans may have more than one interest rate in effect during the period in which this payoff statement applies. Amended payoff statements are sent automatically if the total amount due increases before May 8, 2019.**

| Daily Interest⁽¹⁾ | From | To | Interest Rate |
|---|---|---|---|
| 73.9513 | 05/01/2019 | 05/08/2019 | 6.0000 |

⁽¹⁾Daily Interest = Principal Balance x Interest Rate ÷ 365

Please call 1-800-669-5833 for updated payoff information within 24 hours of submitting funds.
Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.
See following page for important information.