# Exhibit "B"

Case 19-23697-KCF    Doc 55-3    Filed 02/08/21    Entered 02/08/21 12:47:39    Desc
Exhibit B    Page 2 of 2

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 4)

*In re Derek Bernard Battle*
Case No. 19-23697 (KCF)

# EXHIBIT A
## TO
## SUBPOENA ISSUED TO DEREK BERNARD BATTLE

### DOCUMENTS TO BE PRODUCED:

1. Pay advices or other evidence of income received by the Debtor from any source whatsoever during the three months preceding the petition date to the present.

2. Federal and state individual tax returns for the Debtor for years 2017, 2018, and 2019, including all supporting schedules, W-2, 1099, and K-1 forms.

3. All monthly bank statements, canceled checks, check registers, withdrawal/deposit slips, or other evidence of the transfer of funds into or out of any checking, savings, money market, certificate of deposit or other account of any kind or nature including, but not limited to, any online internet bank accounts, online money transfer service accounts, electronic cash accounts, and/or mobile payment accounts in which the Debtor has or had an **interest or signatory authority** from January 2019 to the present.

4. All documents relating to any unsecured debt owed by the Debtor including, but not limited to, monthly credit card statements for the period January 2019 to the present.

5. Evidence of the following monthly expenses for the Debtor and non-filing spouse, including receipts for purchases, and past bills and invoices for telephone; childcare; and domestic support obligations.

End of Document