**VINCENT D. COMMISA, ESQ.   (VC-1594)**
20 Manger Road
West Orange, NJ 07052
(973) 821-7722
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of:<br><br>**DEREK BERNARD BATTLE,**<br><br>Debtor. | Case No.:    19-23697-KCF<br><br>Chapter    7<br><br>Hearing Date:  16 March 2021<br>@ 10:00 a.m. |

**CERTIFICATION OF DEBTOR/DEFENDANT**

I, Derek Bernard Battle, duly sworn according to my oath, state and certify that:

1. I have reviewed the Certification of Vincent D. Commisa, Esq. and state that the facts set forth thereby are true and accurate.

I certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I understand that if any of the foregoing statements made by us are wilfully false, I am subject to punishment.

                                                      /s/ Derek Bernard Battle
                                                      Derek Bernard Battle

Dated: 8 February 2021