| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Vincent D. Commisa, Esq. (VC-1594)<br>20 Manger Road<br>West Orange, NJ 07052<br>(973) 821-7722<br>Attorney for Debtors | |
| In Re:<br><br>Derek Bernard Battle | Case No.:      19-23697<br><br>Chapter:       7<br><br>Hearing Date:<br><br>Judge:         Kathryn C. Ferguson |

# ORDER REOPENING CHAPTER 7 PROCEEDING PURSUANT TO BANKRUPTCY CODE 350 FOR CAUSE AND FOR DISCHARGE OF LIENS

    The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**(Page 2)**
Debtor: Derek Bernard Battle
Case No: 19-23697 (KCF)
Caption of Order: Order To Reopen Chapter 7 Proceeding, etc.

Upon consideration of the within Motion for an Order to Reopen the Chapter 7 Proceeding Pursuant to Bankruptcy Code § 350 and Seeking a Bankruptcy Court Order for Discharge of Liens and for good cause shown; it is

**ORDERED** as follows:

1. That this matter is reopened pursuant to Bankruptcy Code § 350 for the reasons set forth on the record.

2. That the following liens be and same are hereby discharged pursuant to Bankruptcy Code § 524(a)(1) as follows:

    a) New Century Financial Services v. Derek Battle, DJ-190636-2010 docketed 22 July 2010 in the amount of $1,653.98.

    b. New Century Financial Services v. Derek Battle, DJ-212976-2010 docketed 18 August 2010 in the amount of $9,345.69.

    c. New Century Financial Services v. Derek Battle, DJ-031671-2011 docketed 29 January 2011 in the amount of $5,067.21.

    d. Pinnacle Credit Services LLC v. Derek B. Battle, DJ-097679-2013 docketed 31 May 2013 in the amount of $6,356.26.

4. Thereafter, the Court will close this case.