UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973) 821-7722
Attorney for Debtors

**Order Filed on March 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Derek Bernard Battle

Case No.: 19-23697

Chapter: 7

Hearing Date:

Judge: Kathryn C. Ferguson

# ORDER REOPENING CHAPTER 7 PROCEEDING PURSUANT TO BANKRUPTCY CODE 350 FOR CAUSE AND FOR DISCHARGE OF LIENS

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: March 16, 2021**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:            Derek Bernard Battle
Case No:           19-23697 (KCF)
Caption of Order:  Order To Reopen Chapter 7 Proceeding, etc.

Upon consideration of the within Motion for an Order to Reopen the Chapter 7 Proceeding Pursuant to Bankruptcy Code § 350 and Seeking a Bankruptcy Court Order for Discharge of Liens and for good cause shown; it is

**ORDERED** as follows:

1. That this matter is reopened pursuant to Bankruptcy Code § 350 for the reasons set forth on the record.

2. That the following liens be and same are hereby discharged pursuant to Bankruptcy Code § 524(a)(1) as follows:

   a) New Century Financial Services v. Derek Battle, DJ-190636-2010 docketed 22 July 2010 in the amount of $1,653.98.

   b. New Century Financial Services v. Derek Battle, DJ-212976-2010 docketed 18 August 2010 in the amount of $9,345.69.

   c. New Century Financial Services v. Derek Battle, DJ-031671-2011 docketed 29 January 2011 in the amount of $5,067.21.

   d. Pinnacle Credit Services LLC v. Derek B. Battle, DJ-097679-2013 docketed 31 May 2013 in the amount of $6,356.26.

4. Thereafter, the Court will close this case.