| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Vincent D. Commisa, Esq. (VC-1594)<br>20 Manger Road<br>West Orange, NJ 07052<br>(973) 821-7722<br>Attorney for Debtors | **Order Filed on March 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Derek Bernard Battle | Case No.:  19-23697<br><br>Chapter:  7<br><br>Hearing Date:<br><br>Judge:  Kathryn C. Ferguson |

## ORDER REOPENING CHAPTER 7 PROCEEDING PURSUANT TO BANKRUPTCY CODE 350
## FOR CAUSE AND
## FOR DISCHARGE OF LIENS

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: March 16, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor: Derek Bernard Battle
Case No: 19-23697 (KCF)
Caption of Order: Order To Reopen Chapter 7 Proceeding, etc.

Upon consideration of the within Motion for an Order to Reopen the Chapter 7 Proceeding Pursuant to Bankruptcy Code § 350 and Seeking a Bankruptcy Court Order for Discharge of Liens and for good cause shown; it is

**ORDERED** as follows:

1. That this matter is reopened pursuant to Bankruptcy Code § 350 for the reasons set forth on the record.

2. That the following liens be and same are hereby discharged pursuant to Bankruptcy Code § 524(a)(1) as follows:

   a) New Century Financial Services v. Derek Battle, DJ-190636-2010 docketed 22 July 2010 in the amount of $1,653.98.

   b. New Century Financial Services v. Derek Battle, DJ-212976-2010 docketed 18 August 2010 in the amount of $9,345.69.

   c. New Century Financial Services v. Derek Battle, DJ-031671-2011 docketed 29 January 2011 in the amount of $5,067.21.

   d. Pinnacle Credit Services LLC v. Derek B. Battle, DJ-097679-2013 docketed 31 May 2013 in the amount of $6,356.26.

4. Thereafter, the Court will close this case.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-23697-KCF

Derek Bernard Battle                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Derek Bernard Battle, 1 Barge Lane, Somerset, NJ 08873-7361 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021                                    Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Nicholas V. Rogers | on behalf of Creditor BANK OF AMERICA N.A. nj.bkecf@fedphe.com |
| Robert Davidow | on behalf of Creditor BANK OF AMERICA N.A. nj.bkecf@fedphe.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vincent Commisa
    on behalf of Debtor Derek Bernard Battle vcommisa@vdclaw.com

TOTAL: 8